# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02005-ZLW

EUGENE H. MATHISON,

     Applicant,

v.

R. WILEY, Warden,

     Respondent.



---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     This matter is before the Court on the motion titled "Motion for Release Pending Disposition of Appeal of Dismissal of 2241 Application" that Applicant, Eugene H. Mathison, submitted to and filed with the Court on October 7, 2008. On October 14, 2008, Respondent, R. Wiley, through counsel, filed a response in opposition to the October 7 motion. The motion is DENIED.

Dated: October 16, 2008

Copy of this Minute Order mailed on October 16, 2008, to the following:

Eugene H. Mathison
Reg. No. 07835-073
FPC - Florence
PO Box 5000
Florence, CO 81226

Paul Farley
Assistant United State Attorney
**DELIVERED ELECTRONICALLY**

                                      Secretary/Deputy Clerk